IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ERNEST TYRELL FRIAR, JR.**                                                   **PLAINTIFF**
**ADC # 660122**

**v.**                           **CASE NO. 1:16CV00027 BSM**

**JACKSON COUNTY SHERIFF DEPARTMENT et al.**          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered separately today, this case is hereby dismissed without prejudice

IT IS SO ORDERED this 31st day of May 2016.

_____
UNITED STATES DISTRICT JUDGE